**John P. Kelley CSB No. 168904**

LAW OFFICES OF
**HALKIDES, MORGAN & KELLEY**
833 MISTLETOE LANE, STE. 100
REDDING, CALIFORNIA 96002
(530) 221-8150
FAX  (530) 221-7963
John@Reddinglaw.com

Attorneys for Defendants
FORT SAGE UNIFIED SCHOOL DISTRICT and BRYAN YOUNG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NANCY PARQUE,

          Plaintiff

v.

THE FORT SAGE UNIFIED SCHOOL DISTRICT and BRYAN YOUNG,

          Defendants.
_____/

No. 2:15-cv-00044-MCE-CMK

STIPULATION AND REQUEST TO CONTINUE HEARING ON MOTION TO DISMISS

DATE: April 16, 2015 **request continuance to move to May 14, 2015**
TIME:  2:00 p.m.
COURTROOM 7
JUDGE:  Morris C. England, Jr.
TRIAL DATE: N/A
COMPLAINT FILED:  January 7, 2015

      The parties, by and through their counsel, hereby stipulate and request that the hearing on Defendants' Motion to Dismiss (ECF No. 4) be continued pursuant to Local Rule 230(f) to May 14, 2015.  This request is made as one of Plaintiff's counsel is currently in trial and needs additional time to consider the matters in the Motion and to decide whether to prepare an opposition or file a first amended complaint.  Therefore, the parties respectfully request the Court order the hearing on Defendants' motion to dismiss be moved from April 16, 2015, to May 14, 2015, with the opposition and reply

brief due based on the new hearing date.

DATED:  March 27, 2015

        HALKIDES, MORGAN & KELLEY

       By: /s/ JOHN P. KELLEY
        JOHN P. KELLEY
        Attorneys for Defendants
        FORT SAGE UNIFIED SCHOOL
        DISTRICT and BRYAN YOUNG

DATED:  March 27, 2015

       By: /s/ T. JAMES FISHER
        T. JAMES FISHER
        Attorney for Plaintiff
        NANCY PARQUE

### ORDER

Good cause appearing, it is hereby ORDERED that the hearing on Defendants' Motion to Dismiss (ECF No. 4) is continued to May 14, 2015.  The opposition and reply brief shall be due based on the new hearing date.

  IT IS SO ORDERED.

Dated:  March 30, 2015

          _____
          MORRISON C. ENGLAND, JR, CHIEF JUDGE
          UNITED STATES DISTRICT COURT