1
2
3
4
5
6
7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   NANCY PARQUE,                        No.  2:15-cv-00044-MCE-CMK

12              Plaintiff,

13       v.                               **ORDER**

14   FORT SAGE UNIFIED SCHOOL
     DISTRICT; BRYAN YOUNG,
15
                Defendant.
16

17

18        Pursuant to the signed stipulation filed on April 30, 2015 (ECF No. 7), Plaintiff

19   may file a First Amended Complaint.  Defendants' Motion to Dismiss Plaintiff's Original

20   Complaint (ECF No. 4) is DENIED as moot, and the hearing on that Motion, currently

21   scheduled for May 14, 2015, is VACATED.

22        IT IS SO ORDERED.

23   Dated:  May 8, 2015

24   _____

25   MORRISON C. ENGLAND, JR, CHIEF JUDGE
     UNITED STATES DISTRICT COURT
26

27

28
                                        1