**John P. Kelley CSB No. 168904**

LAW OFFICES OF

**HALKIDES, MORGAN & KELLEY**

833 MISTLETOE LANE, STE. 100

REDDING, CALIFORNIA 96002

(530) 221-8150

FAX  (530) 221-7963

John@Reddinglaw.com

Attorneys for Defendants
FORT SAGE UNIFIED SCHOOL
DISTRICT and BRYAN YOUNG

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

NANCY PARQUE,

Plaintiff

v.

THE FORT SAGE UNIFIED SCHOOL
DISTRICT and BRYAN YOUNG,

Defendants.

_____/

No. 2:15-cv-00044-MCE-CMK

STIPULATION AND REQUEST TO DISMISS THE FOURTH CAUSE OF ACTION

The parties, by and through their counsel, hereby stipulate, and request the court order, the Fourth Cause of Action in the First Amended Complaint (Dkt. #9) be dismissed.  This request is made as discovery has shown this cause of action to be nonviable.

///

///

1

1

2

3      DATED:  May 13, 2016

4                                              HALKIDES, MORGAN & KELLEY

5                                       By:____/s/ JOHN P. KELLEY _____
                                             JOHN P. KELLEY
6                                            Attorneys for Defendants
                                             FORT SAGE UNIFIED SCHOOL
7                                            DISTRICT and BRYAN YOUNG

8

9      DATED:  May 13, 2016

10

11

12                                     By: /s/ T. JAMES FISHER (as authorized on May 13)
                                             T. JAMES FISHER
13                                           Attorney for Plaintiff
                                             NANCY PARQUE

14

15                                          **ORDER**

16            Pursuant to the parties' stipulation and good cause appearing, the Fourth Cause

17     of Action in the First Amended Complaint (ECF No. 9) is DISMISSED.

18            IT IS SO ORDERED.

19
       Dated:  May 17, 2016
20

21

22                                             MORRISON C. ENGLAND, JR.
                                               UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

                                              2