IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NANCY PARQUE,                                             No. 2:15-cv-0044-MCE-CMK

       Plaintiff,

    vs.                                                                    <u>ORDER</u>

THE FORT SAGE UNIFIED SCHOOL DISTRICT, et al.,

       Defendants.

           The parties have submitted to the court a stipulation and request for an extension of the protective order the court previously approved. The parties stipulated to a protective order wherein the confidential student information was to be shared between the parties to this action in order to properly litigate the case. The parties now wish to extend that protective order to outside proceedings before the California Commission on Teacher Credentialing.

           While no doubt somewhat related to the issues involved in this case, the administrative proceeding before the California Commission on Teacher Credentialing is a separate unrelated proceeding. It is unclear to the undersigned, and the parties do not explain, why this court should be ordering documents released in a separate unrelated proceeding. As such, the court denies such a request, but without prejudice to any state law procedures the

parties may have related to the administrative hearing.

Accordingly, IT IS HEREBY ORDERED that the court declines to extend the October 5, 2015, protective order to allow for disclosure of confidential documents in the proceedings before the California Commission on Teacher Credentialing.

DATED: September 15, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE