**T. JAMES FISHER (SBN 064079)**
1721 Court Street
P.O. Box 990460
Redding, CA 96099-0460
Telephone (530) 244-0909
Fax (530) 244-0923
fisherlawoffice@sbcglobal.net

**ANTHONY J. POIDMORE**
Arnold Law Firm
865 Howe Avenue
Sacramento, CA  95825
Telephone No. (916)777-7777
Fax No. (916) 924-1829

Attorneys for Plaintiff, NANCY PARQUE

## IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY PARQUE,<br><br>             Plaintiff,<br><br>      vs.<br><br>THE FORT SAGE UNIFIED SCHOOL DISTRICT, et al.<br><br>             Defendant.<br> | Case No.:  2:15-cv-00044-MCE-CMK<br><br>**STIPULATION AND REQUEST TO CONTINUE MOTION FOR SUMMARY JUDGMENT; ORDER**<br><br>HEARING DATE: 01/26/17<br>JUDGE: MORRISON C. ENGLAND |

IT IS HEREBY STIPULATED by and between Plaintiff, NANCY PARQUE, and Defendants, THE FORT SAGE UNIFIED SCHOOL DISTRICT and BRYAN YOUNG by and through their respective counsel that the Motion for Summary Judgment, currently scheduled for Thursday, January 26, 2017 at 2:00 p.m. be continued to Thursday, February 23, 2017 at 2:00 p.m.  There have been no previous requests to continue the Motion for Summary Judgment.

The parties further request that the court grant relief from the Scheduling Order of

STIPULATION AND REQUEST TO CONTINUE MOTION FOR SUMMARY JUDGMENT; ORDER
1

1   October 14, 2015 (dkt #19) page 4 section VI "Motion Hearing Schedule" setting forth the last

2   dispositive motions shall be February 2, 2017 to February 23, 2017.

3           The parties move for a continuance of the Motion for Summary Judgment hearing date

4   pursuant to Local Rule § 230(f) and FRCP § 56(d) because: (1) Plaintiff needs to obtain

5   admissible additional evidence from her treating physicians in order to oppose defendants'

6   motion; (2) Plaintiff may simultaneously seek to amend her complaint to allege a different

7   termination date; and (3) Plaintiff's counsel are both opposing summary judgment motions in

8   separate cases which are due within the next two weeks.

9           On November 2, 2016 the Court issued a Minute Order (dkt #27) vacating the June 8,

10  2017 Final Pretrial Conference and July 31, 2017 Jury trial.  It is therefore stipulated that there

11  will be no prejudice imposed on either party for a continuance of the Motion for Summary

12  Judgment date hearing.

                IT IS SO STIPULATED AND AGREED.

13

14  ///

15

16  December 9, 2016                    /S/T. James Fisher_____
                                        Attorney for Plaintiff T. JAMES FISHER
17                                      **NANCY PARQUE**

18

19

20

21

22  December 9, 2016                    /S/ John P. Kelley_____
                                        Attorney for Defendants
23                                      **THE FORT SAGE UNIFIED**
                                        **SCHOOL DISTRICT and BRYAN YOUNG**
24  ///

25  ///

26  ///

27

28

1

**ORDER**

2      IT IS ORDERED based on the stipulation filed by the parties, the Motion for Summary

3 Judgment hearing of Thursday, January 26, 2017 at 2:00 p.m. is continued to **Thursday,**

4 **February 23, 2017 at 2:00 p.m.**  Opposition and any cross-motion, reply and opposition to

5 cross-motion, and reply to cross motion deadlines will be tied to the continued Motion for

6 Summary Judgment Hearing date.

7      IT IS FURTHER ORDERED relief from the Pretrial Scheduling Order (dkt #19) section

8 VI. "Motion Hearing Schedule" is granted.  Specifically, the last day to hear dispositive motions

9 shall be **February 23, 2017.**

10      IT IS SO ORDERED.

11 Dated:  January 13, 2017

12

13 MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---