**T. JAMES FISHER (SBN 064079)**
1721 Court Street
P.O. Box 990460
Redding, CA 96099-0460
Telephone (530) 244-0909
Fax (530) 244-0923
fisherlawoffice@sbcglobal.net

**ANTHONY J. POIDMORE (SBN 51346)**
Arnold Law Firm
865 Howe Avenue
Sacramento, CA 95825
Telephone No. (916)777-7777
Fax No. (916) 924-1829

Attorneys for Plaintiff, NANCY PARQUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY PARQUE,<br><br>      Plaintiff,<br><br>vs.<br><br>THE FORT SAGE UNIFIED SCHOOL DISTRICT, et al.<br><br>      Defendant. | Case No.: 2:15-cv-00044-MCE-CMK<br><br>**ORDER RE: PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION AND/OR RELIEF FROM JUDGMENT OR ORDER RE: MOTION FOR SUMMARY JUDGMENT**<br><br>HEARING DATE: 10/19/17<br>TIME: 2:00 P.M.<br>COURTROOM: 7<br>JUDGE: MORRISON C. ENGLAND<br>COMPLAINT FILED: 01/07/15 |

The Court has reviewed Plaintiff's motion for reconsideration, ECF No. 45, Defendants' statement of nonopposition thereto, ECF No. 52, and the file in its entirety. Good cause appearing and to correct a clerical mistake, it is ordered that Plaintiff's Motion for Reconsideration and/or Relief from Judgment or Order Re: Motion for Summary Judgment (ECF No. 45) is GRANTED as follows:

The Court hereby reconsiders its Memorandum and Order directing that Judgment be entered in favor of Defendants. The Court orders that the Judgment at ECF No. 43 be SET ASIDE and the Order at ECF No. 42 corrected to the extent it mistakenly reflects that Plaintiff's second, fifth, and sixth causes of action were—at the time—the only remaining claims. Because the first cause of action as against the Fort Sage Unified School District was and still is viable, the Court hereby reinstates the action to be tried as to that first cause of action against the Fort Sage Unified School District. The Court's Order at ECF No. 42, is otherwise unaffected by this Order.

Further, the Court hereby restores the previously assigned dates and deadlines. The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after the date of electronic filing of this Order.

IT IS SO ORDERED.

**Dated: October 13, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE