**T. JAMES FISHER (SBN 064079)**
1721 Court Street
P.O. Box 990460
Redding, CA 96099-0460
Telephone (530) 244-0909
Fax (530) 244-0923
fisherlawoffice@sbcglobal.net

**ANTHONY J. POIDMORE (SBN 51346)**
Arnold Law Firm
865 Howe Avenue
Sacramento, CA 95825
Telephone No. (916)777-7777
Fax No. (916) 924-1829

Attorneys for Plaintiff, NANCY PARQUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY PARQUE, <br><br> Plaintiff, <br><br> vs. <br><br> THE FORT SAGE UNIFIED SCHOOL DISTRICT, et al. <br><br> Defendant. | Case No.: 2:15-cv-00044-MCE-CMK <br><br> **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER THEREON** <br><br> JUDGE: MORRISON C. ENGLAND <br> COMPLAINT FILED: 01/07/15 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel to dismiss this case with prejudice pursuant to FRCP 41(a)(1) and pursuant to the Release of All Claims fully executed by the parties and their counsel.

///

///

///

DATED: July 16, 2018

                                                LAW OFFICES

                                             /s/ T. JAMES FISHER
                                            T. JAMES FISHER, Attorney for Plaintiff,
                                            **NANCY PARQUE**

DATED: July 16, 2018

                                            HALKIDES, MORGAN & KELLEY

                                             /s/ JOHN P. KELLEY
                                            JOHN P. KELLEY, Attorney for Defendant,
                                            **THE FORT SAGE UNIFIED SCHOOL DISTRICT**

**ORDER**

Based on the foregoing stipulation and otherwise finding good cause therefore, and pursuant to FRCP 41(a)(1), it is hereby ordered that this entire action be DISMISSED in its entirety, with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 17, 2018

                                            MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE